FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY CHMURA, a married person,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CLARK'S BUILDERS LLC, a Washington limited liability company; CHRISTOPHER CLARK, a married person, and the marital community therein, and JOHN DOE(s) 1-5,<br><br>                    Defendants. | NO. 2:24-CV-0431-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 34). The parties agree that all claims and counterclaims in this action should be dismissed with prejudice and without costs, and each party bearing their own attorney's fees and costs.

Pursuant to Local Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 2, 2025.



THOMAS O. RICE
United States District Judge